# United States District Court
## For The Western District of North Carolina
## Asheville Division

FILED
ASHEVILLE, N.C.
MAY 24 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

LARRY MAURICE JOHNSON,

    Petitioner,

vs.

THEODIS BECK, Secretary of the
North Carolina Dept. Of Correction,

    Respondent.

JUDGMENT IN A CIVIL CASE

1:01cv229-3-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 24, 2005 Order.

May 24, 2005

FRANK G. JOHNS, CLERK

BY: *Elizabeth Barton*

Elizabeth Barton, Deputy Clerk